NO. SCWC-30683

IN THE SUPREME COURT OF THE STATE OF HAWAI॒I

_____

STACEY COSTALES,
Respondent/Plaintiff-Appellant/Cross-Appellee,

vs.

SCOTT ROSETE, in his official and individual capacity,
Petitioner/Defendant-Appellee/Cross-Appellant,

and

MELVIN ANDO, in his official and individual capacity;
GLENN YOSHIMOTO, in his official and individual capacity;
STATE OF HAWAIʻI; DEPARTMENT OF HUMAN SERVICES;
OFFICE OF YOUTH SERVICES,
Petitioners/Defendants-Appellees/Cross-Appellants,

and

JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE
CORPORATIONS 1-10; and DOE ENTITIES 1-10, Defendants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30683; CIV. NO. 07-1-2360)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The Application for Writ of Certiorari filed on August 7,

2012 by Petitioner/Defendant-Appellee/Cross-Appellant Scott

Rosete, in his individual capacity, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, September 21, 2012.


C. Bryan Fitzgerald
and Deborah Day Emerson
for petitioner.

Sue Vo Hansen
and Charles W. Crumpton
for respondent.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack